**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **ROBERT LEFLORE, JR.,** | ) | **CASE NO. 1:01 CR 486** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGE DONALD C. NUGENT** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Defendant. | ) | **MEMORANDUM OPINION AND ORDER** |

This matter is before the Court on the Motion for Correcting Sentence filed by Robert LeFlore, Jr. pursuant to 18 U.S.C. § 3585 (Docket #16). Mr. LeFlore requests that this Court either designate his current State correctional housing as his place of confinement for his Federal sentence or order the U.S. Marshal to place him in the proper Federal Correctional Institute. As discussed fully in the Government's Motion to Dismiss (Docket #17), Mr. LeFlore is currently incarcerated under the control of the Ohio Department of Rehabilitation and Correction at the Lebanon Correctional Institution. He was received into custody at the Pollock, LA USP on June 21, 2002 and is registered as an inmate not in the custody of the BOP. Therefore, his Federal sentence commenced on June 21, 2002, the day he was received into custody awaiting transportation to the official detention facility at which the sentence is to be served.

Based on the foregoing, Petitioner's Motion for Correcting Sentence is MOOT. Accordingly, the Government's Motion to Dismiss (Docket #17) is hereby GRANTED and Petitioner's Motion for Correcting Sentence (Docket #16) is DISMISSED.

IT IS SO ORDERED.

                                              s/Donald C. Nugent
                                              DONALD C. NUGENT
                                              United States District Judge

DATED: May 2, 2007